# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 13, 2016

## NO. 03-16-00219-CR

**Gregory Chris Angelo, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction rendered by the trial court. Appellant has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows appellant to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.